| | |
|---|---|
| 1 | Julie A. Vogelzang, State Bar No. 174411 |
| | Emily T. Gates, State Bar No. 246980 |
| 2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | 600 West Broadway, Suite 2600 |
| 3 | San Diego, California 92101-3372 |
| | Telephone No.: 619.236.1414 |
| 4 | Fax No.: 619.232.8311 |

FILED
08 MAR 10 PM 12:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

5   Attorneys for Defendant AmeriPride Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | LLOYD MARTIN, KIRK SWORD, DANIEL GORE, individually, and on behalf of other similarly situated current and former employees of AMERIPRIDE SERVICES, INC., | Case No. 08 CV 0440 H JMA |
| | | **PROOF OF SERVICE** |
| | | **Complaint Filed: January 15, 2008** |
| 12 | Plaintiffs, | |
| 13 | v. | |
| 14 | AMERIPRIDE SERVICES, INC., DOES 1-5, | |
| 15 | Defendants. | |

I, Connie Marsh, declare under penalty of perjury that I am over the age of eighteen years, that I am not a party to the above-referenced action, and that I am employed in the State of California, County of San Diego, where the within-mentioned service occurred. My business address is 600 West Broadway, Suite 2600, San Diego, California 92101; telephone number (619) 236-1414; facsimile number (619) 232-8311.

On March 10, 2008, I caused to be served the following document(s):

1. **NOTICE OF REMOVAL OF CIVIL ACTION;**

2. **DECLARATION OF LANCE WESTPHAL IN SUPPORT OF DEFENDANT AMERIPRIDE SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION**

3. **CIVIL COVER SHEET**

   on the interested parties in this action by:

__XX__  U. S. MAIL: I placed a copy in a separate envelope, with postage fully prepaid, for

---
1

Case No. _____
PROOF OF SERVICE

each address named below / on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

\_\_\_\_\_ **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via Federal Express for the next business day.

\_\_\_\_\_ **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal Express for personal service.

\_\_\_\_\_ **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is in our files.

\_\_\_\_\_ **E-MAIL TRANSMISSION:** I sent a copy via electronic mail to the e-mail address indicated below.

by delivering a true copy thereof to the following:

FERN M. STEINER, ESQ.                Attorneys for Plaintiff
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101

Telephone No.: 619-239-7200
Fax No.: 619-239-6048

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on March 10, 2008.

*Connie Marsh*
Connie Marsh

101078849.1

2                                   Case No. _____
                                    PROOF OF SERVICE