```
THOMAS TOSDAL, ESQ., STATE BAR NO. 067834
FERN M. STEINER, ESQ., STATE BAR NO. 118588
ANGELA M. JAE, ESQ., STATE BAR NO. 248571
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, KIRK SWORD, DANIEL GORE, individually, and on behalf of all other similarly situated current and former employees of AMERIPRIDE SERVICES, INC.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMERIPRIDE SERVICES, INC., DOES 1-5,<br><br>　　　　Defendants. | CASE NO.  08-CV-0440H(JMA)<br><br>PLAINTIFFS' DEMAND FOR JURY TRIAL |

　　　Plaintiffs, LLOYD MARTIN, KIRK SWORD AND DANIEL GORE, demand trial by jury on all claims.


Dated:  March 14, 2008          By: /s Fern M. Steiner
                                Fern M. Steiner
                                Attorneys for Plaintiffs
                                Email: fsteiner@tosdalsmith.com

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA  92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

1

08-CV-0440H(JMA)