THOMAS TOSDAL, ESQ., STATE BAR NO. 067834
FERN M. STEINER, ESQ., STATE BAR NO. 118588
ANGELA M. JAE, ESQ., STATE BAR NO. 248571
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, KIRK SWORD, DANIEL GORE, individually, and on behalf of all other similarly situated current and former employees of AMERIPRIDE SERVICES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRIDE SERVICES, INC., DOES 1-5,<br><br>Defendants. | CASE NO. 08-CV-0440H(JMA)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby declare and state:

I am over the age of eighteen years, employed in the city of San Diego, California, and not a party to the within action. My business address is 401 West A Street, Suite 320, San Diego, California.

On March 14, 2008, I served the within document described as:

**PLAINTIFFS' DEMAND FOR JURY TRIAL**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1

08-CV-0440H(JMA)

<u>Party</u>

Julie A Vogelzang
Luce Forward Hamilton and Scripps
600 West Broadway
Suite 2600
San Diego, CA 92101-3372
(619)236-1414
(619)645-5370 (fax)
jvogelzang@luce.com
(Attorneys for Defendant AmeriPride Services, Inc.)

Emily Tara Gates
Luce, Forward, Hamilton & Scripps
600 west Broadway
Suite 2600
San Diego, CA 92101
(619)699-2547
(Attorneys for Defendant AmeriPride Services, Inc.)

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 14, 2008, at San Diego, California.

_____
Elizabeth Diaz

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048