UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, et al., | Case No. 08-CV-0440-H (JMA) |
| Plaintiffs, | **ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| AMERIPRIDE SERVICES, INC. et al., | |
| Defendants. | |

After receiving communications from and consulting with counsel for the parties, the Early Neutral Evaluation Conference scheduled to be held on April 17, 2008 at 10:00 a.m. is hereby VACATED. Instead, the Court will conduct a <u>telephonic</u> Early Neutral Evaluation Conference on **April 17, 2008** at **10:30 a.m.** Counsel only shall appear for the telephonic conference, and the Court will initiate the call.

**IT IS SO ORDERED.**

DATED: March 18, 2008

_____
Jan M. Adler
U.S. Magistrate Judge