1  Julie A. Vogelzang, State Bar No. 174411
   Emily T. Gates, State Bar No. 246980
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311

5  Attorneys for Defendant AmeriPride Services, Inc.

6                    UNITED STATES DISTRICT COURT

7                   SOUTHERN DISTRICT OF CALIFORNIA

8

9  LLOYD MARTIN, KIRK SWORD, DANIEL        Case No. 08 CV 0440 H JMA
   GORE, individually, and on behalf of other
10 similarly situated current and former       **PROOF OF SERVICE**
   employees of AMERIPRIDE SERVICES,
11 INC.,                                       **Complaint Filed: January 15, 2008**

12       Plaintiffs,

13 v.

14 AMERIPRIDE SERVICES, INC., DOES 1-5,

15       Defendants.

16

17       I, Connie J. Marsh, declare under penalty of perjury that I am over the age of eighteen

18 years, that I am not a party to the above-referenced action, and that I am employed in the State of

19 California, County of San Diego, where the within-mentioned service occurred. My business

20 address is 600 West Broadway, Suite 2600, San Diego, California 92101; telephone number (619)

21 236-1414; facsimile number (619) 232-8311.

22       On April 16, 2008, I caused to be served the following document(s):

23       1.    **DEFENDANT'S NOTICE OF RELATED CASE;**

24       2.    **DEFENDANT'S NOTICE OF LODGMENT REGARDING RELATED**

25             **CASE**

26       on the interested parties in this action by:

27   XX    U. S. MAIL: I placed a copy in a separate envelope, with postage fully prepaid, for
           each address named below / on the attached service list for collection and mailing on
28

---

                                        1                    Case No. 08 CV 0440 H JMA
                                                                    PROOF OF SERVICE

the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

\_\_\_\_\_ **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via Federal Express for the next business day.

\_\_\_\_\_ **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal Express for personal service.

\_\_\_\_\_ **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is in our files.

\_\_\_\_\_ **E-MAIL TRANSMISSION:** I sent a copy via electronic mail to the e-mail address indicated below.

by delivering a true copy thereof to the following:

| | |
|---|---|
| Fern M. Steiner, Esq..<br>TOSDAL, SMITH, STEINER & WAX<br>401 West A Street, Suite 320<br>San Diego, CA 92101<br><br>Telephone No.: 619-239-7200<br>Fax No.: 619-239-6048<br>Email: fsteiner@tosdalsmith.com | Attorneys for Plaintiff<br>Lloyd Martin, Kirk Sword,<br>Daniel Gore, et al. |
| Daniel Kopfman<br>LAW OFFICES OF WAGNER & JONES<br>1111 E. Herndon, Suite 317<br>Fresno, CA 93720<br><br>Telephone No.: 559-449-1800<br>Fax: 559-449-0749 | Attorneys for Plaintiff<br>Grady O'Bryant |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on April 16, 2008.

_Connie J. Marsh_ (signature)
Connie J. Marsh

Case No. 08 CV 0440 H JMA
PROOF OF SERVICE