UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LLOYD MARTIN, et al., | ) | Case No. 08-CV-0440-H (JMA) |
| Plaintiffs, | ) | **ORDER RE CONFERENCES** |
| v. | ) | |
| AMERIPRIDE SERVICES, INC. et al., | ) | |
| Defendants. | ) | |

On April 17, 2008, Magistrate Judge Adler conducted a telephonic Early Neutral Evaluation Conference in the above-captioned action. Counsel for the parties appeared telephonically for the conference.

A Settlement Conference/Case Management Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **June 23, 2008** at **2:00 p.m.**, Room 1165, United States Courthouse, 940 Front Street, San Diego, California 92101-8928. Counsel may submit settlement statements **directly** to Magistrate Judge Adler's

chambers no later than **June 16, 2008**.[1]  The parties may either submit confidential settlement statements or may exchange their settlement statements.

**All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>.  The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to:  1) fully explore all settlement options and to agree during the Settlement Conference to any settlement terms acceptable to the party (*G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the Settlement Conference (*Pitman v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (*Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 596 (8th Cir. 2001)).**

Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall not</u> appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.  **The failure of any counsel, party or authorized person to appear at the Settlement Conference as required shall be cause for the immediate imposition of sanctions.**  All conference discussions will be informal, off the record, privileged, and confidential.

---

[1] Statements may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

Rule 26 of the Federal Rules of Civil Procedure to applies to this case.  All discovery shall be stayed until after the Rule 26(f) conference, unless otherwise permitted by Rule 26(f) or court order.

In the event the case does not settle at the Settlement Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference:

   1.   Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1) to the initial disclosure provisions of Rule 26(a)(1)(A-E);

   2.   The scheduling of the Rule 26(f) conference;

   3.   The date of initial disclosures and the date for lodging the discovery plan following the Rule 26(f) conference; and

   4.   The scheduling of a Case Management Conference pursuant to Rule 16(b).

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-5585.

**IT IS SO ORDERED.**

DATED:  April 17, 2008

_____
Jan M. Adler
U.S. Magistrate Judge