UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, et al., | Case No. 08-CV-0440-H (JMA) |
| Plaintiffs, | **ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERIPRIDE SERVICES, INC. et al., | |
| Defendants. | |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>October 1, 2008</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>October 15, 2008</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>October 15, 2008</u> (the parties should consult Rule 26(f) for the substance of the

discovery plan);[1] and,

4. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **October 22, 2008** at **10:00 a.m.** before Magistrate Judge Adler. All counsel and unrepresented parties shall appear telephonically at this conference. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: September 10, 2008

_____
Jan M. Adler
U.S. Magistrate Judge

---

[1] The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.