**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LLOYD MARTIN, et al., individually and on behalf of others similarly situated,<br><br>and,<br><br>GRADY O'BRYANT, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIPRIDE SERVICES, INC., et al.,<br><br>Defendants. | Case No. 08-CV-0440H (JMA)<br>CLASS ACTION [L.R. 23.1(A)]<br><br>[California Superior Court Case Nos.<br><br>37-2008-00075847-CU-OE-CTL<br>Filed 1/15/08, San Diego<br><br>34-2008-00007019-CU-OIE-GDS<br>Filed 1/15/08, Sacramento<br><br>**DECLARATION OF JEANNINE ANDREIS RE: NOTICE PROCEDURES**<br><br>Dept.: 5 |

I, **JEANNINE ANDREIS**, declare:

1. I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. KCC formerly did business as Rosenthal & Company LLC. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the Notice Procedures for the Martin v. AmeriPride Services, Inc. settlement following the Preliminary Approval.

3. KCC was retained to, among other tasks, mail the Notice of Proposed Class Action Settlement and Final Fairness and Approval Hearing (the "Notice"), the Statement of Estimated Settlement Payment (the "Settlement Payment Form"), and the Self-Identifying Class Member Claim Form (the "Self-Identifying Claim Form"). Copies of the Notice, Settlement Payment Form, and Self-Identifying Claim Form are attached hereto as Exhibits A, B and C, respectively.

4. On December 6, 2010, KCC received from the Defendant a computerized list of 364 unique class member records that included names, contact information, and employment data characterized as the Class Member List, i.e., all Customer Service Representatives (CSRs) employed by AmeriPride Services, Inc. in the State of California at any time from January 15, 2004 through December 31, 2009. In addition KCC received a list containing 78 leave of absence work records to be applied to the employment data.

5. On or before January 5, 2011, I caused the addresses in the Class Member List to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service. New addresses were found for 86 class members. The Class Member List was updated with these new addresses.

6. KCC identified 37 records with no In-Class Position and found two duplicate records. These were removed from the Class Member List, resulting in 325 names and addresses remaining on the Class Member List.

7. KCC confirmed the records and identified the following Class Members in each Sub-Class: 68 in Sub-Class A, 124 in Sub-Class B, 49 in Sub-Class C, and three in Sub-Class D. In addition there are several Class Members that belong to multiple sub-classes. These are as follows: one in Sub-Class A and B, 41 in Sub-Class A and C, 30 in Sub-Class A and D, and nine in Sub-Class B and C.

8. On or before February 1, 2011, I caused a toll-free telephone number to be established, and the staff members of the KCC Call Center to be trained in the details of this settlement, so that they could provide information about filling out the Settlement Payment Form and/or Self-Identifying Claim Form, and to receive requests for Notices, Settlement Payment Forms and/or Self-Identifying Claim Forms.

9. On or before February 1, 2011, I caused the Notice to be printed, and each of the names and addresses of the Class Members to be printed on Settlement Payment Forms. I then caused a Notice and Settlement Payment Form to be inserted into a window envelope along with a return envelope for each Class Member (the "Notice Packets").

10. On February 1, 2011, I caused the 325 Notice Packets to be mailed by First Class postage at the U.S. Post Office in Petaluma, California.

11. During the period February 1, 2011 through April 7, 2011, three Notice Packets were returned to KCC by the U.S. Postal Service with forwarding addresses. I caused the Class Member List to be updated with the new addresses and Notice Packets to be re-mailed to the class members at each of these new addresses.

12. During the period February 1, 2011 through April 7, 2011, 40 Notice Packets were returned to KCC by the U.S. Postal Service without forwarding addresses. Seven class members were not searched because they had previously contacted KCC to advise us of their new address. KCC conducted address searches using credit and other public source databases to locate new addresses for the remaining 33 class members and found new addresses for 29 of them and no new addresses were found for four of them. The Class Member List was updated with these new addresses and 29 Notice Packets were re-mailed to these class members using the new addresses.

13. Of the 29 remailed Notice Packets, six were returned to KCC once more without forwarding addresses.

14. For the four class members for whom no new address was found and, for the six whose Notice Packets were returned by the U.S. Postal Service a second time, KCC performed in-depth searches and new addresses were found for all ten. The Class Member List was updated with these new addresses and ten Notice Packets were re-mailed to these class members using the new addresses.

15. KCC is in the process of conducting in-depth searches on an additional two Notice Packets that were more recently returned for a second time.

16. As of April 7, 2011, 95 calls have been handled by the KCC Call Center. Of these callers, 40 requested a Notice Packet. Of the Notice Packet requests, 26 were from individuals whose names appear on the Class Member List and 16 were from individuals who are self-identifying class

members. Notice Packets containing the Notice and a Settlement Payment Form have been mailed to the 24 class members. Notice Packets containing the Notice and a Self-Identifying Claim Form have been mailed to the 16 individuals who are not in the Class Member List.

17. As of April 7, 2011, KCC has received no Requests for Exclusion.

18. As of April 7, 2011, KCC has received no Objections to the Settlement.

19. As of April 7, 2011, 20 Settlement Payment Forms have been filed by Class Members. Of these, ten disputed their employment information and provided supporting documentation. These disputes were researched by the defendant. One dispute has been accepted and nine disputes have been denied.

20. The nine denied disputes from class members were denied for the following reasons: five class members claiming a total of 459.85 workweeks worked as a Relief CSR during the disputed time period, one class member claiming 270.57 workweeks worked as a Wholesale CSR during the time period, one class member claiming 4 workweeks worked as a Route Jumper and then as a Relief SCR during the disputed time period and two class members worked as a Route Jumper during the disputed time period.

21. Of the remaining ten Settlement Payment Forms submitted by class members, one is a duplicate and a further six are not disputes. The remaining three did not include supporting documentation and have been returned to the class members along with a letter requesting supporting documentation.

22. As of April 7, 2011, 9 Self-Identifying Claim Forms have been filed. Of these, two were researched by the defendant and have been denied because the individuals were either Relief CSRs or Wholesale CSRs during the class period. One disputer did not provide workweeks, but the other claimed 311.14 workweeks.

23. Of the remaining seven Self-Identifying Claim Forms received, one is a duplicate and one was returned to the sender along with a letter requesting supporting documentation. The remaining five Self-Identifying Claim Forms originally lacked supporting documentation, which the submitters recently supplied to KCC after it was requested. These disputes have been forwarded to defendant for research.

24. A spreadsheet summarizing the resolved disputes is attached hereto as Exhibit D.

25. KCC has completed a preliminary calculation of the individual award amounts for each of the 325 class members. Based on the amounts provided in the Notice and 42,924.52 total workweeks, the estimated total Class Member distribution amount is $3,754,500.00. Assuming there are no additional class members or workweeks the average distribution amount is $11,552.31.

26. Based on the scope of known work, the estimated overall cost for administration of the Settlement will be between $25,600 and $27,600.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 8th day of April 2011 at Novato, California.

Jeannine Andreis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, et al., individually and on behalf of others similarly situated,<br><br>and,<br><br>GRADY O'BRYANT, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRIDE SERVICES, INC., DOES 1-50, inclusive<br><br>Defendants. | **CASE NO. 08-CV-0440 MMA (JMA)**<br>**CLASS ACTION [L.R.23.1(a)]**<br><br>**[California Superior Court Case Nos.**<br><br>**37-2008-00075847-CU-OE-CTL**<br>**Filed 01/15/08, San Diego**<br><br>**34-2008-00007019-CU-OIE-GDS**<br>**Filed 03/27/08, Sacramento]**<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND FINAL FAIRNESS AND APPROVAL HEARING** |

**TO: Customer Service Representatives (CSRs) employed by AmeriPride Services, Inc. in the State of California at any time from January 15, 2004 through December 31, 2009**

**YOU MAY BE ENTITLED TO MONEY FROM THIS SETTLEMENT**

TABLE OF CONTENTS


A. PURPOSE OF THIS NOTICE .......... 1
B. DESCRIPTION OF THE LITIGATION .......... 2
C. YOUR OPTIONS .......... 2
1. You Can Do Nothing and Remain a Member of the Class and Participate in the Settlement .......... 2
2. You Can Dispute Your Estimated Settlement Payment and/or File a Change of Address .......... 2
3. You Can Object to the Settlement .......... 3
4. You Can Opt Out of the Class .......... 3
D. SUMMARY OF TERMS OF SETTLEMENT .......... 3
1. Settlement Terms .......... 3
2. Release .......... 4
3. Conditions of the Settlement .......... 4
4. No Admission of Liability .......... 4
E. FAIRNESS HEARING ON PROPOSED SETTLEMENT .......... 4
F. ADDITIONAL INFORMATION .......... 4


Notice is hereby given that a Stipulation for Settlement of Class Action ("Settlement") of the class action lawsuit entitled Martin, et al. v. AmeriPride Services, Inc., which is pending in the United States District Court for the Southern District of California, has been reached between Plaintiffs and Defendant.

The Settlement will resolve all claims made against the Defendant (also referred to herein as "AmeriPride") and other Released Parties, as that term is defined in the Settlement and below, in connection with the Litigation. A hearing addressing the fairness, adequacy, and reasonableness of the Settlement will be held by the Court on **April 25, 2011** at 2:30 p.m. to determine whether the Litigation should finally be settled.

A. PURPOSE OF THIS NOTICE

The Court has ordered that this Notice be sent to you because you are a potential member of the Class. **The Class is defined as all Customer Service Representatives (CSRs) employed by AmeriPride and actively working as a CSR in the State of California at any time from January 15, 2004 through December 31, 2009 ("the Class").**

If you believe you are a potential member of the Class but did not receive this Notice via postal mail, please contact the Settlement Administrator at the address and telephone number shown in paragraph C.2 to obtain a copy of the Self-Identifying Class Member Claim Form. You must fax or mail the Claim Form to the Settlement Administrator by April 2, 2011. If your Claim Form is faxed or postmarked after April 2, 2011, you will not be entitled to receive a settlement payment.

The purpose of this Notice is to: (a) provide a brief description of the Litigation; (b) inform you of the proposed Settlement; and (c) discuss your rights and options with respect to the Litigation and the Settlement.

EXHIBIT A

B. DESCRIPTION OF THE LITIGATION

Eight individually-named Plaintiffs (Named Plaintiffs), on behalf of themselves and those similarly situated, brought two lawsuits against AmeriPride. The lawsuits were consolidated into one lawsuit pending before the United States Courthouse, Southern District of California (all lawsuits are referred to as the "Litigation"). The Named Plaintiffs contend in the Litigation that AmeriPride failed to pay CSRs overtime wages, failed to provide CSRs meal periods, failed to provide CSRs rest periods, and engaged in unlawful and unfair business practices, among other related claims.

AmeriPride denies all liability for such claims and has asserted a number of factual and legal defenses to the Litigation. It has agreed to enter this Settlement as a compromise of disputed claims.

The Court has made no ruling on the merits of Named Plaintiffs' claims or AmeriPride's defenses. However, the Court has preliminarily approved the proposed Settlement. The Court will decide whether to give final approval to the Settlement at a hearing scheduled for April 25, 2011, at 2:30 p.m. in Courtroom 5 of the Court, located at 940 Front Street, San Diego, California 92101-8900.

**Attorneys for the Class ("Class Counsel") in the Litigation are:**

**Tosdal, Smith, Steiner & Wax**
**Jon Vanderpool, Esq.**
**401 West A Street, Suite 320**
**San Diego, CA 92101**
**Telephone: (619) 239-7200**
**Facsimile: (619) 239-6048**

**Law Offices of Wagner & Jones**
**Nicholas Wagner, Esq.**
**Daniel M. Kopfman, Esq.**
**1111 E. Herndon, Suite 317**
**Fresno, CA 93270**
**Telephone: (559) 449-1800**
**Facsimile: (559) 449-0749**

**Attorneys for Defendant ("Defense Counsel") in the Litigation are:**

**Duane Morris, LLP**
**Julie A. Vogelzang, Esq.**
**Liseanne R. Kelly, Esq.**
**101 West Broadway, Suite 900**
**San Diego, CA 92101**
**Telephone: (619) 744-2228**
**Facsimile: (619) 744-2201**

C. YOUR OPTIONS

If you fit within the above description of the Class, you have several options. Each option will have its consequences, which you should understand before making your decision. Your rights regarding each option, and the procedure you must follow to select each option, are explained below.

1. You Can Do Nothing and Remain a Member of the Class and Participate in the Settlement.

   If you do nothing you will be entitled to a share of the Settlement in accordance with your AmeriPride work history listed in Section C.3 of your Statement of Estimated Settlement Payment, which is enclosed.

   **You will be bound by the terms of the Settlement, including the Release of claims described below and in the Settlement.**

   Therefore, if you do nothing, you will not have the right to pursue your own claims, if any, against AmeriPride or the Released Parties described below and in the Settlement.

2. You Can Dispute Your Estimated Settlement Payment and/or File a Change of Address.

   If you want to change your address, you must return the completed Class Member Change of Address Form accompanying the Statement of Estimated Settlement Payment.

   If you want to dispute your work history with AmeriPride as described in Section C.3 of the Statement of Estimated Settlement Payment, you must return the completed Sections D and E of the Statement of Estimated Settlement Payment along with copies of any supporting documentation to the Settlement Administrator at the following address by fax or First-Class U.S. Mail postmarked no later than **March 3, 2011**:

   **AmeriPride Overtime Settlement Administrator**
   **c/o Rosenthal & Company LLC**
   **P.O. Box 6177**
   **Novato, CA 94948-6177**
   **Telephone: 1-888-749-7996**
   **Facsimile: (415) 892-7354**

   (If you need another copy of the Statement of Estimated Settlement Payment, contact the Settlement Administrator.)

   If any information on the Statement of Estimated Settlement Payment is incorrect, please state directly in Section D of the Statement of Estimated Settlement Payment what you believe is the correct information. Also, please provide your daytime telephone number and any other indicated information referred to on your Statement of Estimated Settlement Payment if it is not already included.

If you choose to participate in the Settlement, you will be bound by all the terms set forth in the Settlement, including a full release of claims that will prevent you (or anyone suing on your behalf) from separately suing AmeriPride or any of the other Released Parties, for the matters being settled in this Litigation.

**Any Class Member who does not submit timely and properly complete Sections D and E of the Statement of Estimated Settlement Payment will receive a share of the Settlement in accordance with your AmeriPride work history as described in Section C.3 of your Statement of Estimated Settlement Payment.**

3. <u>You Can Object to the Settlement</u>.

If you are a Class Member who does not opt out of the Class, you may object to the Settlement, personally or through an attorney, by filing your written objection with the Court and mailing a copy of your objection to Class Counsel and Defense Counsel at the above addresses.

All objections must be signed and should contain your address, telephone number and a reference to the case. All objections must be filed with the Court and postmarked on or before **March 18, 2011**, which is **sixty** days from the date that this Notice was mailed. Your written objection should clearly explain why you object to the Settlement and must state whether you (or someone on your behalf) intend to appear at the Final Fairness Hearing.

If you timely submit a written objection, you may appear, personally or through an attorney, at your own expense, at the Final Fairness Hearing to present your objection directly to the Court. If you object to the Settlement and if the Court approves the Settlement as set forth in the Stipulation of Settlement, you will be bound by the terms of the Settlement in the same way as a Class Member who does not object.

4. <u>You Can Opt Out of the Class</u>.

If you do not want to remain a member of the Class, you can request exclusion from the Class (i.e., opt out). You can opt out of the Class by faxing or mailing a written, signed request for exclusion to the Settlement Administrator at the above-stated address, such that it is faxed or **postmarked** no later than **April 2, 2011**.

This opt-out or request for exclusion must contain the following information: (a) your printed full name (and any other names used while employed by AmeriPride Services, Inc.), (b) your full address, and (c) the following language: "I want to be excluded from the class action settlement involving AmeriPride described in the Notice I received dated **February 1, 2011**. I understand that by requesting exclusion, I will not be eligible to receive any payment or other benefit from the Settlement." This request must be **signed** by you.

If you opt out of the Class, you will no longer be a member of the Class, you will be barred from participating in this Settlement, and you will receive no benefit from this Settlement. By opting out of the Class, you will retain whatever rights or claims you may have, if any, against AmeriPride and the Released Parties, and you will be free to pursue them on an individual basis, if you choose to do so.

## D. <u>SUMMARY OF TERMS OF SETTLEMENT</u>

The principal terms of the Settlement reached between Plaintiffs and Defendants are summarized in this Notice.

1. <u>Settlement Terms</u>.

The Settlement provides that (a) AmeriPride will stipulate to the certification of the Class for settlement purposes only, conditioned upon the Court granting final approval of the Settlement; (b) AmeriPride shall pay $5.25 million (the "Common Fund") as a compromise to resolve all Class Member claims, Enhancement Awards to Named Plaintiffs, costs of administration, and Class Counsel's attorneys' fees and costs, as described more fully below.

<u>Administrative Costs</u>. All administrative costs of Settlement, including the cost of notice, claims administration, cost of the Settlement Administrator, and any other costs of settlement, which are estimated not to exceed $35,000, shall be paid from the Common Fund.

<u>Attorneys' Fees and Costs</u>. Class Counsel will apply to the Court for an attorneys' fee award of 25% of the Common Fund, plus their actual costs and expenses, all of which will be paid out of the Common Fund.

<u>Class Representative Enhancement Award</u>. Named Plaintiffs will each request an Enhancement Award of $18,500, which will be paid out of the Common Fund.

<u>Plan of Distribution</u>. After the deductions from the total Common Fund described above, the remaining Net Common Fund will be distributed in its entirety to each Participating Class Member calculated as follows:

<u>Class Member</u>. Any individual employed by AmeriPride as a CSR, and actively working as a CSR, during the Class Period of January 15, 2004 through December 31, 2009 will be eligible to receive a distribution from the Net Common Fund as described below. A Participating Class Member is a Class Member who does not elect to be excluded ("opt out") from the Settlement and any Self-Identifying Class Member whose claim is accepted.

The claims of all Participating Class Members shall exhaust the Net Common Fund that remains after the payment of Court-approved attorneys' fees and costs, administration costs, and Named Plaintiffs' Enhancement Awards. Each Participating Class Member's recovery will depend on the Participating Class Member's number of weeks actively employed by AmeriPride during the Class Period and the location where the Class Member worked.

An estimate of how much you may be entitled to is included on the Statement of Estimated Settlement Payment enclosed with this Notice.

Class Member Tax Matters. Fifty percent (50%) of each Settlement Payment shall be deemed wages for which withholdings will be made for the Participating Class Member's share of employment taxes (and for which AmeriPride will pay any employer taxes outside of the Common Fund). The remaining 50% of each Settlement Payment represents the payment of interest and penalties under the California Labor Code. IRS Forms 1099 (for interest and penalties) and Forms W-2 (for wages), as required, will be distributed to Participating Class Members reflecting the payments they receive under the Settlement. Nothing contained in this Notice or in the Settlement Stipulation is intended to be or should be interpreted as providing tax advice. **Participating Class Members should consult with their tax advisors concerning the tax consequences of any payment they receive.**

2. Release.

**The Settlement provides that all of the claims in the Litigation will be dismissed with prejudice, meaning that those claims can never again be asserted by any Class Member who does not opt out. The Settlement also provides that each Class Member who does not opt out fully releases and discharges AmeriPride and any parent, subsidiary, predecessor or successor, and all agents, employees, officers, directors and attorneys thereof ("Released Parties"), from any and all demands, obligations, causes of action, rights and/or liabilities of any kind, nature or description whatsoever in law or in equity, whether known or unknown, whether past or present, whether suspected or unsuspected, whether foreseen or unforeseen, that were asserted in the Litigation or could have been asserted in the Litigation that arise from or are related to the facts alleged in the Litigation. However, this Release is not intended to bar any clams that, by law, may not be waived, such as claims for workers' compensation benefits and unemployment benefits.**

This Release does not apply to any period when a Class Member (other than Named Plaintiffs) worked in any other position other than CSR. Named Plaintiffs who do not opt out will provide AmeriPride with the foregoing Release as well as a broader release of claims, as described in the Settlement.

3. Conditions of the Settlement.

This Settlement is conditioned upon the Court entering an Order at or following the Final Fairness Hearing approving the Settlement as fair, reasonable, adequate and in the best interests of the Class.

4. No Admission of Liability.

Neither AmeriPride, nor its Related Entities named in the complaints filed by Plaintiffs in the Litigation admit any wrongdoing or liability. The proposed Settlement reflects a compromise of disputed claims and does not mean that AmeriPride, or any of its Related Entities, violated any state or federal wage requirements or are liable for any of the allegations or claims made by Plaintiffs.

## E. FAIRNESS HEARING ON PROPOSED SETTLEMENT

You are not required to attend the Final Fairness Hearing or file an objection, although you may do both. The Final Fairness Hearing on the fairness and adequacy of the proposed Settlement, the plan of distribution, costs of administration, the Enhancement Awards to Named Plaintiffs, and Class Counsel's request for attorneys' fees and costs will be held on April 25, 2011, at 2:30 p.m. in Courtroom 5 of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California 92101-8900. The Final Fairness Hearing may be continued to another date without further notice. If you plan to attend the Final Fairness Hearing, you may contact Class Counsel or Defense Counsel to confirm the date and time.

Any Class Member who does not object in the manner provided above shall be deemed to have approved the Settlement and to have waived any objections, and shall be forever foreclosed from objecting to the fairness or adequacy of the proposed Settlement, the plan of distribution, the Release of claims, the payment of attorneys' fees and costs, the claims process, the additional Enhancement Award to the Named Plaintiffs, or any other aspect of the Settlement. If the Settlement is not approved, the Litigation will continue to be prepared for class certification, trial or other judicial resolution.

## F. ADDITIONAL INFORMATION

**This Notice only summarizes the Litigation, the Settlement and related matters. For more information, you may inspect the Court files at the Office of the Clerk, United States Courthouse, 880 Front Street, Suite 4290, San Diego, California 92101-8900, from 9:00 a.m. to 4:30 p.m., Monday through Friday. Any questions regarding this Notice or the Litigation may be sent to the Settlement Administrator at the above address and telephone number. Alternatively, you may contact your own attorney, at your own expense, to advise you, or you may contact Class Counsel or Defense Counsel at the address and telephone number set forth above. If your address changes, or is different from the address displayed through the envelope window, please promptly notify the Settlement Administrator.**

**PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE.**

**IT IS SO ORDERED.**

DATED: January 4, 2011

/s/ Michael M. Anello
The Honorable Michael M. Anello
DISTRICT COURT JUDGE

**AmeriPride Overtime Settlement Administrator**
c/o Rosenthal & Company LLC
P.O. Box 6177
Novato, CA 94948-6177

**AMP**

Claim #: AMP-100000001 1
First1 Last1
c/o
Addr1 Addr2
City, ST Zip Country

Name/Address Changes (if any):

First Name ____________ Last Name ____________

Address ____________

City ____________, State ______ Zip ______

If your name or address is different from those shown to the left, print corrections on the lines to the right. If you move, you must provide the Settlement Administrator with your new address.

## STATEMENT OF ESTIMATED SETTLEMENT PAYMENT

### A. PERSONAL INFORMATION

Telephone Number: <000-000-0000>

Any Other Name(s) Used While Employed at AmeriPride: ____________

### B. TO RECEIVE MONEY FROM THE SETTLEMENT, YOU DO NOT NEED TO RETURN THIS FORM.

1. You have received this Statement because you are a Class Member in this Class Action. You are a member of the Class if you worked for AmeriPride as a Customer Service Representative ("CSR") between January 15, 2004 and December 31, 2009.
2. All Class Members **who do not opt out of the Settlement** will be paid a pro rata share of the Net Common Fund established for this Settlement.

### C. YOUR ESTIMATED SETTLEMENT PAYMENT AND AMERIPRIDE WORK HISTORY

1. Under the terms of the Class Action Settlement and based on the information provided in Section C.3 below, your estimated recovery will be approximately $0.00. All required employee payroll taxes and withheld income taxes will be deducted from this amount. **Important Note:** Your Individual Settlement Payment reflected on this Notice is only an **estimate**. The exact amount of your settlement payment could vary, up or down.
2. Your claim is based upon the number of workweeks you worked as a CSR between January 15, 2004 and December 31, 2009.
3. Listed below are your start date(s), end date(s), location and the number of workweeks you actively worked as a CSR during the class period according to AmeriPride's records:

| Location | Start Date | End Date | Workweeks |
|---|---|---|---|
| <Location> | <StartDate> | <EndDate> | <000.00> |
| <Location> | <StartDate> | <EndDate> | <000.00> |
| <Location> | <StartDate> | <EndDate> | <000.00> |

4. If you **AGREE** with the number of weeks set forth in Section C.3 above, you do not need to return this form. You will receive a Settlement Payment after the Settlement goes into effect.

*See page 2 for remainder of this Notice*

See Class Member Change of Address Notice on other side.

EXHIBIT
tabbies
B

AMP_SC

«ClaimID» «First1» «Last1»

## D. DISPUTING YOUR WORK HISTORY

1. If you **DISAGREE** with the number of weeks set forth in Section C.3 above, you may file a dispute. **To file a dispute you must: (1) fully complete Sections D and E and include specific dates and locations where you were employed as a CSR; (2) sign this form under penalty of perjury; and (3) return the completed and signed form to the Settlement Administrator. This form must be faxed to or mailed to the Settlement Administrator via United States Postal Service First-Class Mail postmarked no later than April 2, 2011. Late disputes will not be considered.**

2. I DISAGREE with the number of weeks credited to me under this Settlement. I worked as a CSR between January 15, 2004 and December 31, 2009 according to the following start date(s), end date(s), location(s) and the number of workweeks:

| Location | Start Date | End Date | Workweeks |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If you do not fully complete the information required above, and sign this form under penalty of perjury, your Settlement Payment will be based on the weeks listed above. **Important Note:** Please attach copies (not originals) of any supporting documents (pay stubs, etc.) you have; the Settlement Administrator may contact you for further information.

3. If you disagree with the number of workweeks, the Settlement Administrator will review the information you provide. You will be notified of the results of the review in writing. The Settlement Administrator's decision will be final.

## E. BY SIGNING BELOW I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT I WORKED AT AMERIPRIDE SERVICES, INC. IN CALIFORNIA AS A CSR ON THE DATES I HAVE INDICATED ABOVE.

Date: ______________________ ______________________________________
(mm/dd/yyyy) Signature of Claimant

(_______) ______________________ ______________________________________
Area Code Daytime Telephone Number Print Name

Social Security Number: X X X - X X - ___ ___ ___ ___

**YOU DO NOT NEED TO RETURN THIS FORM IF YOU ARE NOT FILING A DISPUTE.**

**IF THE SETTLEMENT IS APPROVED, YOU WILL AUTOMATICALLY RECEIVE A SETTLEMENT PAYMENT IF YOU DO NOT FILE A DISPUTE.**

*- Page 2 -*

**Carefully separate these forms before using either one.**

---

## CLASS MEMBER CHANGE OF ADDRESS FORM

*Martin, et al. v. AmeriPride Services Inc. and O'Bryant, et al. v. AmeriPride Services, Inc.*

1. If your mailing address changes before you receive your settlement payment, you must send the Settlement Administrator your new address. Otherwise, you may never receive your settlement payment. It is your responsibility to keep a current address on file with the Settlement Administrator.
2. This form only needs to be submitted if and when you change your mailing address.

COMPLETE, SIGN AND MAIL TO:

AmeriPride Overtime Settlement Administrator
c/o Rosenthal & Company LLC
P.O. Box 6177
Novato, CA 94948-6177
Facsimile: (415) 892-7354

(_______) ______________________ (_______) ______________________
Area Code Daytime Telephone Number Area Code Evening Telephone Number

Social Security Number: X X X - X X - ___ ___ ___ ___

Claim #: AMP-100000001 1
First1 Last1
c/o
Addr1 Addr2
City, ST Zip Country

Name/Address Changes (if any):

______________________ ______________________
First Name Last Name

______________________________________________
Address

______________________, ________ ________
City State Zip

AmeriPride Overtime Settlement Administrator
c/o Rosenthal & Company LLC
P.O. Box 6177
Novato, CA 94948-6177

**AMP**

Claim #: AMP-100000001 1
First1 Last1
c/o
Addr1 Addr2
City, ST Zip Country

Name/Address Changes (if any):

______________ ______________
First Name Last Name

______________________________
Address

______________, ______ ______
City State Zip

If your name or address is different from those shown to the left, print corrections on the lines to the right. If you move, you must provide the Settlement Administrator with your new address.

***Martin, et al. v. AmeriPride Services Inc. and O'Bryant, et al. v. AmeriPride Services Inc.***

## SELF-IDENTIFYING CLASS MEMBER CLAIM FORM

## SECTION A: CLAIMANT INFORMATION. *PLEASE PRINT CLEARLY*

Email address: ______________________

(______) ______________________ (______) ______________________
Area Code Daytime Telephone Number Area Code Evening Telephone Number

Any Other Name(s) Used While Employed at AmeriPride: ______________________

**Regarding all Customer Service Representatives (CSRs) employed by AmeriPride in the State of California at any time from January 15, 2004, through December 31, 2009.**

Complete each of the following sections and fax or return postmarked no later than April 2, 2011 and send to:

*AmeriPride Overtime Settlement Administrator*
*c/o Rosenthal & Company LLC*
*P.O. Box 6177*
*Novato, CA 94948-6177*
*Facsimile: (415) 892-7354*

**Failure to: (1) Complete all sections below; and/or (2) Submit this Claim Form before the deadline may result in a denial of your claim.**

## SECTION B: WORK HISTORY WITH AMERIPRIDE

Your claim, if substantiated, would be based upon the number of workweeks you actively worked as a CSR between January 15, 2004 and December 31, 2009.

Please indicate below the location(s), start date(s), end date(s), and workweeks that you claim to have worked as a CSR during the class period.

| Location | Start Date | End Date | Workweeks |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Please attach copies (*not originals*) of any supporting documents (pay stubs, etc.) you have; the Settlement Administrator may contact you for further information.

EXHIBIT
tabbies
C

«ClaimID» «First1» «Last1»

## SECTION C: SUBSTITUTE IRS FORM W-9

Please fill out this section in the event your claim is accepted.

**Taxpayer Identification Number Certification - Substitute IRS Form W-9** «ClaimID»

Enter your Social Security Number: ___ ___ ___ -- ___ ___ -- ___ ___ ___ ___

Print name as shown on your income tax return if different from «First1» «Last1»:

First Name ______________________ Last Name ______________________

Under penalties of perjury, I certify that:

1. The taxpayer identification number shown on this form is my correct taxpayer identification number, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

Note: If you have been notified by the IRS that you are subject to backup withholding, you must cross out item 2 above.

**The IRS does not require your consent to any provision of this document other than this Form W-9 certification to avoid backup withholding.**

## SECTION D: AUTHORIZATION TO OBTAIN ADDITIONAL EMPLOYMENT INFORMATION

You hereby authorize the Settlement Administrator to obtain from AmeriPride additional employment information (if any) necessary in order to administer this claim.

## SECTION E: SUBMISSION TO JURISDICTION OF COURT

You hereby agree to submit to the exclusive jurisdiction of the United States District Court for the Southern District of California for all purposes associated with this claim.

## SECTION F: CERTIFICATION AND SIGNATURE OF CLAIMANT

The undersigned hereby certifies under penalty of perjury under the laws of the United States and the State of California that all of the information provided by Claimant in this Claim Form is true and correct.

______________________ ______________________

Date (mm/dd/yyyy) (must be filled in by Claimant) Signature of Claimant

______________________

Print Name Clearly

## SECTION G: QUESTIONS

If you have any questions, please contact the Settlement Administrator at 1-888-749-7996. You may also contact the attorneys for the class:

Tosdal, Smith, Steiner & Wax
Jon Vanderpool, Esq.
401 West A Street, Suite 320
San Diego, CA 92101
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

Law Offices of Wagner & Jones
Nicholas Wagner, Esq.
Daniel M. Kopfman, Esq.
1111 E. Herndon, Suite 317
Fresno, CA 93270
Telephone: (559) 449-1800
Facsimile: (559) 449-0749

Please review the Claim Form to ensure that it has been filled out in its entirety.

**Fax or mail the Claim Form to the Settlement Administrator at the address listed above by April 2, 2011. If your Claim Form is faxed or postmarked after April 2, 2011, you will not be entitled to receive a settlement payment.**

Martin v. AmeriPride
Exhibit D - Resolved Disputes

Disputes Denied - Original Class Members

Total: 9 965.42 942.71

| Claim # | Last | First | Disputed Weeks | Dispute Status | Dispute Resolution | Work Location 1 | Final Data Start Date 1 | End Date 1 | Work Weeks 1 |
|---|---|---|---|---|---|---|---|---|---|
| 100033301 | Brasil | Frank E | 96 | Denied | Deny. Mr. Brasil was hired on 10/22/07 as a Relief CSR. He was promoted to CSR on 8/24/09. See attached Employee New Hire/Change forms and ADP screenshots. | Fresno | 8/24/2009 | 12/31/2009 | 18.57 |
| 100035001 | Cain | John R | 18.14 | Denied | Deny. Was hired as a Relief CSR on 1/5/09. Became a CSR on 5/12/09. See attached documentation. | Fresno | 5/12/2009 | 12/31/2009 | 33.43 |
| 100050101 | Cortez | Augustine P | 18 | Denied | Deny. Mr. Cortez did not become a CSR until 3/20/06, see attached ADP records showing he was a Route Jumper from 11/21/05 to 3/20/06. The term "CSR" is associated with Relief CSR's, Wholesale CSRs as well as Customer Service Reps (CSR's). Only Customer Service Reps are at issue in this lawsuit; however, at AmeriPride, the term CSR is informally used to describe to each of these positions. Ms. Johnston provided Mr. Cortez an employment verification at his request. She was not aware of his purpose for requesting the letter and thus didn't know she should break down the letter to address the specific type of CSR he was during his period of employment. | Richmond/Hayward | 3/20/2006 | 12/31/2009 | 197.57 |
| 100090001 | Gallyer | David L | 4 | Denied | Deny. Was hired as a Route Jumper on 6/1/04. Transferred to Relief CSR on 10/30/06. Became CSR on 11/27/06. See attached ADP screenshots. | Fresno | 11/27/2006 | 12/31/2009 | 161.57 |
| 100176801 | Martinez | Rigo A | 150 | Denied | Claim should be denied. See attached Payroll Change Notice and Mr. Martinez' deposition transcript where he admits he was a Relief CSR only for a few months in 2003 (prior to class period). He also admits he was a Relief CSR (non-class position) until early 2006 (1/9/06 specifically). Also, see attached screen shots. | Sacramento | 1/9/2006 | 3/18/2009 | 166.43 |
| 100177101 | Matula | Mike M | 40.57 | Denied | Deny, pay sub doesn't verify title. See attached Payroll Change and ADP screenshot showing he became a CSR on 10/25/04. | Fresno | 10/25/2004 | 12/31/2009 | 270.57 |
| 100182801 | McMillan | Wesley | 270.57 | Denied | Deny, transferred from CSR to Wholesale CSR on 10/25/04. | Fresno | 1/15/2004 | 10/24/2004 | 40.57 |
| 100293101 | Vasquez | Anthony D | 213 | Denied | Deny. Was hired as a route jumper on 6/13/05. Became CSR on 11/30/09. See attached documentation. | Fresno | 11/30/2009 | 12/31/2009 | 4.57 |
| 100296201 | Veleta Jr | Abelino | 155.14 | Denied | Hired on 1/30/06 as a "Relief CSR" (non-class position). Erroneously coded on payroll system as a "CSR". Error caught and corrected on 1/11/07. Did not become a CSR until 7/27/10 (after class period) | Bakersfield | 1/30/2006 | 1/10/2007 | 49.43 |

Denied Requests To Join

Total: 2

| Claim # | Last | First | Disputed Weeks | Dispute Status | Dispute Resolution |
|---|---|---|---|---|---|
| 900001801 | Bautista | Arturo | 0 | Denied Claim | Deny. Mr. Bautista was never a CSR during the class period. Mr. Bautista became a CSR on 5/19/03 and then transferred to a Relief CSR position on 10/20/03. He was in Relief and Wholesale positions until the end of the class period. |
| 900004901 | Harmon | Ricky | 311.14 | Denied Claim | Deny, business card has no bearing on dates. Pay stub doesn't verify title. ADP screenshots and Employee New Hire forms show Mr. Harmon was a Wholesale CSR until 6/1/10, when he became a CSR (after class period ended). |

Approved Dispute

| Claim # | Last | First | Disputed Weeks | Dispute Status | Dispute Resolution | Work Location 1 | Final Data Start Date 1 | End Date 1 | Work Weeks 1 | Work Location 2 | Start Date 2 | End Date 2 | Work Weeks 2 | Work Location 3 | Start Date 3 | End Date 3 | Work Weeks 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100224301 | Peterson | Kevin J | | Approved | Accept dispute. It appears the class list missed his dates as a CSR from 5/6/09 to the end of the class period. ADP screenshots verify he was rehired on 5/8/08 as a Relief CSR and became a CSR on 5/6/09 | Richmond/Hayward | 8/14/2006 | 10/22/2006 | 10 | Richmond/Hayward | 7/9/2007 | 9/7/2007 | 8.71 | Richmond/Hayward | 5/6/2009 | 12/31/2009 | 34.29 |



tabbies EXHIBIT D

RECEIVED
APR 11 2011
BY

# PROOF OF SERVICE

I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 1111 E. Herndon, Suite 317, Fresno, California.

I served the within document described as DECLARATION OF JEANNINE ANDREIS RE: NOTICE PROCEDURES on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Julie A. Vogelzang<br>DUANE MORRIS<br>101 West Broadway, Suite 900<br>San Diego, CA 92101-3372<br><br>*Via Facsimile:*619/923-2487<br>jVogelzang@duanemorris.com | Jon Vanderpool<br>TOSDAL, SMITH, STEINER & WAX<br>401 W. A Street, Suite 320<br>San Diego, CA 92101<br><br>jvanderpool@tosdalsmith.com |

[ ] **(BY MAIL)** placing the envelopes for collection and mailing on the date and at my address shown above following our ordinary business practices. I am completely familiar with Wagner & Jones' practice of collection and processing correspondence for mailing pursuant to which the envelopes would be deposited with the United States Postal Service the same day in the ordinary course of business.

[X] **(BY OVERNIGHT MAIL SERVICE)** by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by express or overnight mail.

[ ] **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s) by whose name an asterisk is affixed, was also forwarded a copy of said documents by facsimile.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] **(BY ELECTRONIC MAIL)** I caused such document to be attached to an email and sent to counsel above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 11, 2011, at Fresno, California.

[signature]