THOMAS TOSDAL, ESQ., STATE BAR NO. 067834
JON Y. VANDERPOOL, ESQ. STATE BAR NO. 161611
FERN M. STEINER, ESQ. STATE BAR NO. 118588
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048
Attorneys for Plaintiffs LLOYD MARTIN, et al.

NICHOLAS WAGNER, ESQ., STATE BAR NO. 109455
DANIEL KOPFMAN, ESQ., STATE BAR NO. 192191
WAGNER & JONES
1111 E. Herndon, Suite 317
Fresno, CA 93720
Telephone: (559) 449-1800
Fax: (559) 449-0749
Attorneys for Plaintiffs GRADY O'BRYANT, et al.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, et al., individually and on behalf of others similarly situated,<br><br>and,<br><br>GRADY O'BRYANT, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRIDE SERVICES, INC., DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 08-CV-0440MMA(RBB)<br>CLASS ACTION [L.R.23.1(a)]<br><br>Judge Michael M. Anello<br>Courtroom: 5<br><br>[California Superior Court Case Nos.<br><br>37-2008-00075847-CU-OE-CTL<br>Filed 01/15/08, San Diego<br><br>34-2008-00007019-CU-OIE-GDS<br>Filed 03/27/08,<br>Sacramento]<br><br>**DECLARATION OF LLOYD MARTIN IN SUPPORT OF APPLICATION FOR FINAL APPROVAL**<br><br>Date: April 25, 2011<br>Time: 2:30 pm |

I, Lloyd Martin, declare as follows:

1. I am a named plaintiff and former employee of AmeriPride. As such I have personal knowledge of the facts referenced below and if called as a witness to testify could and would competently testify to each of them.

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2. I was employed by defendant AmeriPride Services, Inc. for over three years from approximately January 2007 to February 2010 as a Customer Service Representative ("CSR").

3. As a CSR, I operated AmeriPride delivery trucks to customers throughout San Diego county to deliver and supply AmeirPride products. My job duties consisted of delivering laundered linens and picking up soiled linens on assigned routes, maintaining customers' inventories, ensuring customer invoices and credits were correct and signed, completing reports before and after assigned shifts/routes, loading and inventorying delivery trucks each shift and reporting any discrepancies, keeping customers' linens clean and orderly, maintaining trucks in a neat and orderly condition, collecting payments, cultivating good relations with customers by being courteous and polite, servicing customers' needs promptly and efficiently, soliciting new item increases for present customers, and following the established customer retention program.

4. As an "introductory" CSR employee, I worked approximately 45 to 60 hours a week and was paid $700/week. I was not paid any overtime for hours worked beyond 40 hours per week.

5. I started working as a "regular" CSR employee in April 2007. I worked approximately 45 to 60 hours a week and was paid 10% commission of route volume sales per week. I was not paid any overtime for hours worked beyond 40 hours per week.

6. My daily routes were assigned by AmeriPride. I was required to complete my route in assigned time and to keep route sequence in the best delivery order to maintain time and miles as low as possible.

7. AmeriPride did not schedule a 30 minute lunch break nor 15 minute rest breaks for me to take during my daily route. Therefore I could not take my lunch or rest breaks as required by California law.

8. From approximately June to September 2007, I protested multiple times to my then-immediate supervisor Todd Jenks and then-service manager Mike Giovanni that I was not getting paid overtime for the hours I worked over 40 hours per week and that I was not able to take any meal and/or rest breaks.

9. I was told that CSRs do not get paid overtime and to take my breaks when I could.

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

10. Subsequently, I, along with Kirk Sword, Daniel Gore ("San Diego plaintiffs") and our union representative, met with Tosdal Smith Steiner & Wax to discuss the unlawful wage and hour practices at AmeriPride.

11. On January 15, 2008, San Diego plaintiffs filed this wage and hour class action in San Diego Superior Court against AmeriPride for failing to pay overtime and failing to provide meal and rest breaks according to California law.

12. I have devoted significant time and resources to this class action. Specifically, I spent considerable time meeting and conferring with my counsel regarding the issues in this action. I spent significant time responding to requests for admissions, requests for production of documents and special interrogatories. I submitted to an all day deposition where I was probed by counsel for AmeriPride. On November 6, 2009, I attended an all day mediation with mediator Michael Loeb of JAMS, San Francisco, California.

13. I took great risk in participating in this class action while still an AmeriPride employee.

14. I have released all my claims against AmeriPride in order to facilitate settlement.

15. I believe the proposed class settlement is fair and reasonable. I believe that my efforts, along with the other named plaintiffs' efforts, in filing and participating in this class action have benefitted hundreds of CSRs throughout California because: (1) the class settlement provides a monetary payment to class members; and (2) this class action has changed AmeriPride's wage and hour practices with respect to CSRs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of April 2011.

Lloyd Martin