THOMAS TOSDAL, ESQ., STATE BAR NO. 067834
JON Y. VANDERPOOL, ESQ. STATE BAR NO. 161611
FERN M. STEINER, ESQ. STATE BAR NO. 118588
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048
Attorneys for Plaintiffs LLOYD MARTIN, et al.

NICHOLAS WAGNER, ESQ., STATE BAR NO. 109455
DANIEL KOPFMAN, ESQ., STATE BAR NO. 192191
WAGNER & JONES
1111 E. Herndon, Suite 317
Fresno, CA 93720
Telephone: (559) 449-1800
Fax: (559) 449-0749
Attorneys for Plaintiffs GRADY O'BRYANT, et al.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, et al., individually and on behalf of others similarly situated,<br><br>and,<br><br>GRADY O'BRYANT, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRIDE SERVICES, INC., DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 08-CV-0440MMA(RBB)<br>CLASS ACTION [L.R.23.1(a)]<br><br>Judge Michael M. Anello<br>Courtroom: 5<br><br>[California Superior Court Case Nos.<br><br>37-2008-00075847-CU-OE-CTL<br>Filed 01/15/08, San Diego<br><br>34-2008-00007019-CU-OIE-GDS<br>Filed 03/27/08,<br>Sacramento]<br><br>**DECLARATION OF KIRK SWORD IN SUPPORT OF APPLICATION FOR FINAL APPROVAL**<br><br>Date: April 25, 2011<br>Time: 2:30 pm |

I, Kirk Sword, declare as follows:

1. I am a named plaintiff and current employee of defendant Ameripride Services, Inc. As such I have personal knowledge of the facts referenced below and if called as a witness to testify could and would competently testify to each of them.

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2. I have been employed by AmeriPride for almost five and a half years since approximately December 2005 as a Customer Service Representative ("CSR"). I worked as an "introductory" CSR for approximately three weeks in 2005. As an "introductory" employee, I worked approximately 50 to 60 hours a week and was paid $700/week. I was not paid any overtime for hours worked beyond a 40-hour week.

3. As a "regular" CSR, I was paid 10% of route volume sales per week. I was not paid any overtime for hours worked beyond a 40-hour work week.

4. My daily routes were assigned by AmeriPride. I was required to complete my route in assigned time and to keep route sequence in the best delivery order to maintain time and miles as low as possible.

5. AmeriPride did not schedule a 30 minute lunch break nor 15 minute rest breaks for me to take during my daily route. Therefore I could not take my lunch or rest breaks as required by California law.

6. Towards the end of 2007, I, along with Lloyd Martin, Daniel Gore ("San Diego plaintiffs") and our union representative, met with Tosdal Smith Steiner & Wax to discuss the unlawful wage and hour practices at AmeriPride.

7. On January 15, 2008, San Diego plaintiffs filed this wage and hour class action in San Diego Superior Court against AmeriPride for failing to pay overtime and failing to provide meal and rest breaks according to California law.

8. I have devoted significant time and resources to this class action. Specifically, I spent considerable time meeting and conferring with my counsel regarding the issues in this action. I spent significant time responding to requests for admissions, requests for production of documents and special interrogatories. I submitted to an all day deposition where I was probed by counsel for AmeriPride. On November 6, 2009, I attended an all day mediation with mediator Michael Loeb of JAMS, San Francisco, California.

9. I have released all my claims against AmeriPride in order to facilitate settlement.

10. AmeriPride has changed their wage and hour practices since this action has been filed. In my opinion, this action caused AmeriPride to take a closer look at their wage and hour

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

policies which has benefitted all AmeriPride employees. I believe that the proposed settlement sufficiently compensates CSRs for the wage and hour violations they endured while AmeriPride employees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of April 2011.

Kirk Sword

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048