THOMAS TOSDAL, ESQ., STATE BAR NO. 067834
JON Y. VANDERPOOL, ESQ. STATE BAR NO. 161611
FERN M. STEINER, ESQ. STATE BAR NO. 118588
TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Fax: (619) 239-6048
Attorneys for Plaintiffs LLOYD MARTIN, et al.

NICHOLAS WAGNER, ESQ., STATE BAR NO. 109455
DANIEL KOPFMAN, ESQ., STATE BAR NO. 192191
WAGNER & JONES
1111 E. Herndon, Suite 317
Fresno, CA 93720
Telephone: (559) 449-1800
Fax: (559) 449-0749
Attorneys for Plaintiffs GRADY O'BRYANT, et al.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD MARTIN, et al., individually and on behalf of others similarly situated,<br><br>and,<br><br>GRADY O'BRYANT, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRIDE SERVICES, INC., DOES 1-50, inclusive<br><br>Defendants. | CASE NO. 08-CV-0440MMA(RBB)<br>CLASS ACTION [L.R.23.1(a)]<br><br>Judge Michael M. Anello<br>Courtroom: 5<br><br>[California Superior Court Case Nos.<br><br>37-2008-00075847-CU-OE-CTL<br>Filed 01/15/08, San Diego<br><br>34-2008-00007019-CU-OIE-GDS<br>Filed 03/27/08,<br>Sacramento]<br><br>**DECLARATION OF DANIEL GORE IN SUPPORT OF APPLICATION FOR FINAL APPROVAL**<br><br>Date: April 25, 2011<br>Time: 2:30 pm |

I, Daniel Gore, declare as follows:

1. I am a named plaintiff and former employee of defendant Ameripride Services, Inc. As such I have personal knowledge of the facts referenced below and if called as a witness to testify could and would competently testify to each of them.

2. I was employed by AmeriPride for approximately eight months from March to November

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

2007. I worked at the San Diego depot as a warehouseman from March to May 2007. As a warehouseman, I was paid $10.00 per hour and received overtime pay for every hour worked beyond 40 hours per week.

3. In May 2007 I became a Customer Service Representative ("CSR"). As a CSR, I operated AmeriPride delivery trucks to customers throughout San Diego county. My job duties consisted of delivering laundered linens and picking up soiled linens on assigned routes, maintaining customers' inventories, ensuring customer invoices and credits were correct and signed, completing reports before and after assigned shifts/routes, loading and inventorying delivery trucks each shift and reporting any discrepancies, keeping customers' linens clean and orderly, maintaining trucks in a neat and orderly condition, collecting payments, cultivating good relations with customers by being courteous and polite, servicing customers' needs promptly and efficiently, soliciting new item increases for present customers, and following the established customer retention program.

4. My daily routes were assigned by AmeriPride. I was required to complete my route in assigned time and to keep route sequence in the best delivery order to maintain time and miles as low as possible.

5. As a CSR I worked approximately 60 hours a week. For the first couple of weeks, I worked as an "introductory" CSR and was paid $17 per hour. I was not paid an overtime rate.

6. In approximately June 2007 I became a "regular" CSR. At this time, AmeriPride changed my pay structure from $17 per hour to 10% commission of my weekly route volume.

7. I noticed on my first paycheck as a CSR that I was not being paid overtime. I asked my supervisor why I was not paid an overtime rate for every hour worked more than 8 hours per day or 40 hours per week and I was told that CSRs were not paid overtime.

8. On November 29, 2007, I observed a copy of a co-worker's paycheck stub left on my desk. This co-worker was recently hired as a CSR. I saw that he was getting paid overtime and asked my supervisor why he was getting paid overtime and I was not. I was informed something to the effect of "no, he does not get paid overtime. Nobody does." I showed him a copy of the paycheck. I was then suspended for three days.

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048

9. I was subsequently terminated from employment. My union filed an unfair labor practice charge with the National Labor Relations Board alleging that "[o]n or about November 29, 2007, [AmeriPride] unlawfully terminated Dan Gore in retaliation for his protected concerted activities." I entered into a settlement agreement with AmeriPride and later dismissed the charge.

10. After my termination, I, along with Kirk Sword, Lloyd Martin ("San Diego plaintiffs") and our union representative, met with Tosdal Smith Steiner & Wax to discuss the unlawful wage and hour practices at AmeriPride.

11. On January 15, 2008, the San Diego plaintiffs filed this wage and hour class action in San Diego Superior Court against AmeriPride for failing to pay overtime and failing to provide meal and rest breaks according to California law.

12. I have devoted significant time and resources to this class action. Specifically, I spent considerable time meeting and conferring with my counsel regarding the issues in this action. I spent significant time responding to requests for admissions, requests for production of documents and special interrogatories. I submitted to an all day deposition where I was probed by counsel for AmeriPride. On November 6, 2009, I attended an all day mediation with mediator Michael Loeb of JAMS, San Francisco, California.

13. Most significantly, however, I took a substantial risk by protesting AmeriPride's unlawful wage and hour practices while I was still employed. In fact, I was terminated for protesting AmeriPride's unlawful practices and I have been unable to obtain steady employment since my termination. I risked my job for the benefit of the settlement class. I am informed that AmeriPride has changed their wage and hour practices since the filing of this class action.

14. I have released all my claims against AmeriPride in order to facilitate settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of April 2011.

Daniel Gore

TOSDAL, SMITH, STEINER & WAX
401 West A Street, Suite 320
San Diego, CA 92101-7911
Telephone: (619) 239-7200
Facsimile: (619) 239-6048